## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| N RE: ) | |
| ) | Chapter 7 |
| MARC A. BROWN, ) | Case No. 16-18164 |
| ) | Hon. Jacqueline P. Cox |
| ) | Hearing Date: Thursday, June 29, 2017 |
| Debtor. ) | at 9:30 a.m. |

### NOTICE OF MOTION

To:    See Attached Service List

**PLEASE TAKE NOTICE** that on **Thursday, June 29, 2017** at **9:30 a.m.**, or as soon thereafter as may be possible, we shall appear before the Honorable Jacqueline P. Cox or any other Judge sitting in her stead, in **Courtroom 680**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Trustee's Application for Compensation and Expenses,** a copy of which is hereby served upon you.

/s/ Norman B. Newman
Norman B. Newman, Trustee for the bankruptcy estate
of Marc A. Brown

Norman B. Newman (Atty. ID#02045427)
**MUCH SHELIST, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 521-2000
(312) 521-2100

### CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on June 1, 2017, he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individual registered to receive notice.

/s/Norman B. Newman

7866376_1

EXHIBIT E

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| MARC A. BROWN | ) | Case No. 16-18164 |
| | ) | |
| Debtor. | ) | Hon. JACQUELINE P. COX |

### TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

To:   THE HONORABLE JACQUELINE P. COX

NOW COMES NORMAN NEWMAN, Trustee herein, pursuant to 11 U.S.C. §330, requests $1,021.65 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $13,250.00. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | | |
|---|---|---|---|
| 25% on 1st $5,000.00 | $ | 1,250.00 | ($1,250.00 max) |
| 10% on next $45,000.00 | $ | 825.00 | ($4,500.00 max) |
| 5% on next $950,000.00 | $ | 0.00 | ($47,500.00 max) |
| 3% of balance | $ | 0.00 | |
| | | | |
| TOTAL: | $ | 2,075.00 | |
| Trustee Adjustment | $ | -1,053.35 | |
| FINAL COMPENSATION: | $ | 1,021.65 | |

## II. TRUSTEE'S EXPENSES

| | | |
|---|---|---|
| Copies (0.00 copies @ 0.00¢/copy) | $ | 0.00 |
| Postage | $ | 0.00 |
| Long Distance Telephone | $ | 0.00 |
| Other (explain): | $ | 0.00 |
| | | |
| TOTAL EXPENSES | $ | 0.00 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: May 17, 2017

s/ NORMAN NEWMAN
SIGNATURE

191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615
ADDRESS

 

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Marc A. Brown
c/o Norman B. Newman
191 N Wacker Dr, Ste 1900
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **04/26/2017**

Billing Attorney: **Norman B. Newman**

Matter Number: **0013539.0006**

16 - Trustee Matters

**FEES THROUGH APRIL 26, 2017**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 07/07/16 | NBN | Discussions with M. Brown and A. Mazer regarding arrangements to view boat, review photos and discuss possible sale. | 0.60 |
| 08/01/16 | NBN | Telephone conference with M. Brown regarding selling boat and trailer (.20); meet with J. Schwartz regarding PPL proposal (.20). | 0.40 |
| 08/04/16 | NBN | Discussion with J. Schwartz regarding notice of sale and PPL agreement to be 21 day (.20); review motion to employ PPL and to sell boat and trailer via auction sale (.30). | 0.50 |
| 08/08/16 | NBN | Review finalized sale motion and correspondences with A. Mazer regarding storing the boat. | 0.30 |
| 08/09/16 | NBN | Correspondences with J. Schwartz regarding signing PPL Agreement. | 0.20 |
| 08/11/16 | NBN | Review and execute PPL Commission Agreement. | 0.30 |
| 08/30/16 | NBN | Discussion with J. Schwartz regarding sale motion granted and correspondence with A. Mazur regarding pick up the boat. | 0.30 |
| 09/12/16 | NBN | Correspondence with A. Mazer re: title to the boat and trailer. | 0.20 |
| 09/15/16 | NBN | Review correspondence with Debtor's attorney regarding sending original titles (.20); review auction notice (.20). | 0.40 |
| 10/04/16 | NBN | Review correspondence from A. Mazer regarding outcome of sale of the Boat and Trailer and correspondence with A. Mazer regarding sale proceeds and sale report. | 0.40 |
| 10/21/16 | NBN | Review auction sale report and funds from PPL. | 0.20 |
| 10/21/16 | NXS | Open bank account, apply for Tax ID# and deposit funds from sale of boat/trailers into bank account. | 0.20 |
| 10/24/16 | NBN | Review claim bar date notice. | 0.20 |



**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000   F 312.521.2100

FEIN 36-2757501

Marc A. Brown
c/o Norman B. Newman
191 N Wacker Dr, Ste 1900
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **04/26/2017**

Billing Attorney: **Norman B. Newman**

Matter Number: **0013539.0006**

16 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 11/09/16 | NXS | Reconcile bank accounts. | 0.10 |
| 12/08/16 | NXS | Reconcile account. | 0.20 |
| 01/12/17 | NXS | Reconcile bank account. | 0.20 |
| 02/13/17 | NXS | Bank reconciliation. | 0.20 |
| 03/08/17 | NXS | Reconcile accounts. | 0.20 |
| 04/04/17 | NBN | Prepare to close case. | 0.20 |
| | | **Total Hours** | **5.30** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.