# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| MARC A. BROWN, ) | Case No. 16-18164 |
| ) | Hon. Jacqueline P. Cox |
| ) | Hearing Date: Thurs., June 29, 2017 |
| Debtor. ) | @ 9:30 a.m. |

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on June 1, 2017, he serve a copy of the **Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR)** on all parties listed on the attached service list by depositing same in the U.S. Mail from 191 N. Wacker Drive, Suite 1800, Chicago, Illinois.

    /s/ Norman B. Newman
    Norman B. Newman

Norman B. Newman (Atty. ID#02045427)
**MUCH SHELIST, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 521-2000
(312) 521-2100

7867423_1

## MARC BROWN SERVICE LIST

Office of the United States Trustee
219 S. Dearborn St.
8th Floor
Chicago, IL 60604

Marc A. Brown
419 46th Avenue
Bellwood, IL 60104

James A. Haller
Sulaiman Law Group, Ltd.
900 Jorie Boulevard Suite 150
Oak Brook, IL 60523

Alan D. Lasko
Alan D. Lasko & Associates, Ltd.
205 West Randolph Street
Suite 1150
Chicago, IL  60606

7867423_1