**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: MARC A. BROWN | § Case No. 16-18164 |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,216,759.79 *(without deducting any secured claims)* | Assets Exempt: $63,690.70 |
| Total Distribution to Claimants: $0.00 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $11,729.42 | |

    3) Total gross receipts of $ 13,250.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,520.58 (see **Exhibit 2**), yielded net receipts of $11,729.42 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,618,964.57 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 10,707.77 | 11,729.42 | 11,729.42 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,618,964.57 | $10,707.77 | $11,729.42 | $11,729.42 |

    4) This case was originally filed under Chapter 7 on May 31, 2016. The case was pending for 14 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/14/2017    By: /s/NORMAN NEWMAN
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1116F899 Sea Ray, Boat and Trailer Hull ID: SERR | 1129-000 | 13,250.00 |
| **TOTAL GROSS RECEIPTS** | | **$13,250.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MARC A. BROWN | Final Distribution Pursuant to Court Order entered on June 29, 2017. | 8200-002 | 1,520.58 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,520.58** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Cook County Treasurer's Office | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cook County Treasurer's Office | 4110-000 | 3,391.57 | N/A | N/A | 0.00 |
| NOTFILED | Cook County Treasurer's Office | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cook County Assesor's Office | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cook County Treasurer's Office | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cook County Treasurer's Office | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationstar Mortgage LLC | 4110-000 | 224,107.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationstar Mortgage LLC | 4110-000 | 135,559.00 | N/A | N/A | 0.00 |
| NOTFILED | Cook County Assesor's Office | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cook County Treasurer's Office | 4110-000 | 447.00 | N/A | N/A | 0.00 |
| NOTFILED | Cook County Treasurer's Office | 4110-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Cook County Assesor's Office | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Brookview Rehab Lending | 4110-000 | 419,352.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 4110-000 | 281,282.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 4110-000 | 87,033.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Auto Finance | 4110-000 | 1,706.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Mtg | 4110-000 | 242,232.00 | N/A | N/A | 0.00 |
| NOTFILED | Cook County Assesor's Office | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cook County Assesor's Office | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cook County Assesor's Office | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Mtg | 4110-000 | 223,855.00 | N/A | N/A | 0.00 |
| NOTFILED | Cook County Assesor's Office | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,618,964.57** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NORMAN B. NEWMAN, TRUSTEE | 2100-000 | N/A | 0.00 | 1,021.65 | 1,021.65 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3420-000 | N/A | 20.00 | 20.00 | 20.00 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3410-000 | N/A | 1,241.60 | 1,241.60 | 1,241.60 |
| MUCH SHELIST, P.C. | 3120-000 | N/A | 247.20 | 247.20 | 247.20 |
| MUCH SHELIST, P.C. | 3110-000 | N/A | 6,284.50 | 6,284.50 | 6,284.50 |
| PPL Group LLC | 3630-000 | N/A | 1,325.00 | 1,325.00 | 1,325.00 |
| PPL Group LLC | 3640-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 15.93 | 15.93 | 15.93 |
| Rabobank, N.A. | 2600-000 | N/A | 14.91 | 14.91 | 14.91 |
| Rabobank, N.A. | 2600-000 | N/A | 15.92 | 15.92 | 15.92 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 3.42 | 3.42 | 3.42 |
| Rabobank, N.A. | 2600-000 | N/A | 13.91 | 13.91 | 13.91 |
| Rabobank, N.A. | 2600-000 | N/A | 15.38 | 15.38 | 15.38 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$10,707.77** | **$11,729.42** | **$11,729.42** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-18164  
**Case Name:** MARC A. BROWN  

**Trustee:** (330270) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 05/31/16 (f)  
**§341(a) Meeting Date:** 06/23/16  

**Period Ending:** 08/14/17  

**Claims Bar Date:** 01/24/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 419 46th Ave, Bellwood, IL 60104-1719, Cook Coun  Imported from original petition Doc# 1 | 110,000.00 | 7,967.00 | OA | 0.00 | FA |
| 2 | 222-224 N. Kolin Ave, Chicago, IL 60624-0000, Co  Imported from original petition Doc# 1 | 178,230.00 | 0.00 | OA | 0.00 | FA |
| 3 | 1222 S. Harding Ave, Chicago, IL 60623-0000, Coo  Imported from original petition Doc# 1 | 182,650.00 | 0.00 | OA | 0.00 | FA |
| 4 | 1220 S. Harding Ave, Chicago, IL 60623-0000, Coo  Imported from original petition Doc# 1 | 157,440.00 | 21,881.00 | OA | 0.00 | FA |
| 5 | 1224 S. Harding Ave, Chicago, IL 60623-1347, Coo  Imported from original petition Doc# 1 | 182,650.00 | 0.00 | OA | 0.00 | FA |
| 6 | 4335 W. Maypole Ave, Chicago, IL 60624-1728, Coo  Imported from original petition Doc# 1 | 203,620.00 | 0.00 | OA | 0.00 | FA |
| 7 | 4347 W. Maypole Ave, Chicago, IL 60624-1728, Coo  Imported from original petition Doc# 1 | 165,980.00 | 0.00 | OA | 0.00 | FA |
| 8 | Cash  Imported from original petition Doc# 1 | 60.00 | 60.00 | | 0.00 | FA |
| 9 | Checking: TCF Bank Account ending in 5411  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Savings: TCF Bank account ending in 1924  Imported from original petition Doc# 1 | 67.09 | 67.09 | | 0.00 | FA |
| 11 | Household Goods  Imported from original petition Doc# 1 | 750.00 | 0.00 | | 0.00 | FA |
| 12 | [3]Televisions, DVD Player; Personal Computer;La  Imported from original petition Doc# 1 | 465.00 | 0.00 | | 0.00 | FA |
| 13 | WEARING APPAREL  Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 14 | Jewlery  Imported from original petition Doc# 1 | 600.00 | 466.00 | | 0.00 | FA |
| 15 | 401 (k): Blended Investment and Stock Investment  Imported from original petition Doc# 1 | 26,290.70 | 0.00 | | 0.00 | FA |
| 16 | Marc Brown and Company, Inc., 100% ownership  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-18164  
**Case Name:** MARC A. BROWN  

**Trustee:** (330270) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 05/31/16 (f)  
**§341(a) Meeting Date:** 06/23/16  

**Period Ending:** 08/14/17  
**Claims Bar Date:** 01/24/17

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17 | Claims Against 3rd Party for Auto Accident, Pers Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 18 | 2003 Ford Excursion, 200,000 miles, KBB.com Valu Imported from original petition Doc# 1 | 2,628.00 | 0.00 | | 0.00 | FA |
| 19 | 1999 Mercedes S500, 73000 miles, KBB Valuation, Imported from original petition Doc# 1 | 1,453.00 | 0.00 | | 0.00 | FA |
| 20 | 2007 Hyundai Accent, 74,121 miles, KBB Valuation Imported from original petition Doc# 1 | 2,676.00 | 0.00 | | 0.00 | FA |
| 21 | 1116F899 Sea Ray, Boat and Trailer Hull ID: SERR Imported from original petition Doc# 1 | 20,000.00 | 20,000.00 | | 13,250.00 | FA |
| 22 | Homemade Trailer Imported from original petition Doc# 1 | 200.00 | 200.00 | | 0.00 | FA |
| 22 | **Assets Totals** (Excluding unknown values) | **$1,236,759.79** | **$50,641.09** | | **$13,250.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

   Submitted TFR.  Awaiting review.

**Initial Projected Date Of Final Report (TFR):**   November 30, 2016         **Current Projected Date Of Final Report (TFR):**   June 1, 2017  (Actual)

Printed: 08/14/2017 10:38 AM    V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 16-18164 | | Trustee: | NORMAN NEWMAN (330270) |
|---|---|---|---|---|
| Case Name: | MARC A. BROWN | | Bank Name: | RABOBANK, N.A. |
| | | | Account: | ******6166 - Checking Account |
| Taxpayer ID #: | **-***8561 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/14/17 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/21/16 | | PPL Group LLC | Settlement of sale of Boat & Trailer | | 10,425.00 | | 10,425.00 |
| | {21} | | Sale of SeaRay Boat & Trailer    13,250.00 | 1129-000 | | | 10,425.00 |
| | | | On-line Auctioneer's Fees    -1,325.00 | 3630-000 | | | 10,425.00 |
| | | | On-line Auctioneer's Expenses    -1,500.00 | 3640-000 | | | 10,425.00 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 10,415.00 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.93 | 10,399.07 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.91 | 10,384.16 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.92 | 10,368.24 |
| 02/13/17 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/13/2017 FOR CASE #16-18164, Bond #016073584 | 2300-000 | | 3.42 | 10,364.82 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.91 | 10,350.91 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.38 | 10,335.53 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.87 | 10,321.66 |
| 05/01/17 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -13.87 | 10,335.53 |
| 06/29/17 | 102 | NORMAN B. NEWMAN, TRUSTEE | Dividend paid 100.00% on $1,021.65, Trustee Compensation; Reference: | 2100-000 | | 1,021.65 | 9,313.88 |
| 06/29/17 | 103 | ALAN D. LASKO & ASSOCIATES, P.C. | Dividend paid 100.00% on $20.00, Accountant for Trustee Expenses (Other Firm); Reference: Stopped on 07/18/17 | 3420-000 | | 20.00 | 9,293.88 |
| 06/29/17 | 104 | ALAN D. LASKO & ASSOCIATES, P.C. | Dividend paid 100.00% on $1,241.60, Accountant for Trustee Fees (Other Firm); Reference: Stopped on 07/18/17 | 3410-000 | | 1,241.60 | 8,052.28 |
| 06/29/17 | 105 | MUCH SHELIST, P.C. | Dividend paid 100.00% on $247.20, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 247.20 | 7,805.08 |
| 06/29/17 | 106 | MUCH SHELIST, P.C. | Dividend paid 100.00% on $6,284.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 6,284.50 | 1,520.58 |
| 06/29/17 | 107 | MARC A. BROWN | Final Distribution Pursuant to Court Order entered on June 29, 2017. | 8200-002 | | 1,520.58 | 0.00 |
| 07/18/17 | 103 | ALAN D. LASKO & ASSOCIATES, P.C. | Dividend paid 100.00% on $20.00, Accountant for Trustee Expenses (Other Firm); Reference: Stopped: check issued on 06/29/17 | 3420-000 | | -20.00 | 20.00 |

Subtotals :    $10,425.00    $10,405.00

{} Asset reference(s)

Printed: 08/14/2017 10:38 AM    V.13.30

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 16-18164  
**Case Name:** MARC A. BROWN  

**Taxpayer ID #:** **-***8561  
**Period Ending:** 08/14/17

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** RABOBANK, N.A.  
**Account:** ******6166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/18/17 | 104 | ALAN D. LASKO & ASSOCIATES, P.C. | Dividend paid 100.00% on $1,241.60, Accountant for Trustee Fees (Other Firm); Reference:<br>Stopped: check issued on 06/29/17 | 3410-000 | | -1,241.60 | 1,261.60 |
| 07/18/17 | 108 | ALAN D. LASKO & ASSOCIATES, P.C. | Final distribution | 3420-000 | | 20.00 | 1,241.60 |
| 07/18/17 | 109 | ALAN D. LASKO & ASSOCIATES, P.C. | Final Distribution | 3410-000 | | 1,241.60 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,425.00 | 10,425.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 10,425.00 | 10,425.00 | |
| | | | Less: Payments to Debtors | | | 1,520.58 | |
| | | | **NET Receipts / Disbursements** | | **$10,425.00** | **$8,904.42** | |

| | |
|---|---:|
| Net Receipts : | 10,425.00 |
| Plus Gross Adjustments : | 2,825.00 |
| Less Payments to Debtor : | 1,520.58 |
| Net Estate : | $11,729.42 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---:|---:|---:|
| **Checking # ******6166** | 10,425.00 | 8,904.42 | 0.00 |
| | **$10,425.00** | **$8,904.42** | **$0.00** |